UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA                JS-6

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 14-4829-JFW**                                              Date:  June 6, 2016

Title:   In Re: Marilyn S. Scheer
Marilyn S. Scheer -v- The State Bar of California, et al.

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Cheryl Wynn**                                   **None Present**
   **Relief Courtroom Deputy**                       **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                                None

**PROCEEDINGS (IN CHAMBERS):**   **ORDER REMANDING ACTION TO BANKRUPTCY COURT**

On June 23, 2014, Appellant Marilyn S. Scheer ("Scheer") filed an Appeal from the United States Bankruptcy Court's June 5, 2014 Order Granting Motion to Dismiss in this Court. On September 22, 2014, this Court issued its Order affirming the Bankruptcy Court's June 5, 2014 Order Granting Motion to Dismiss. On October 8, 2014, Scheer filed a Notice of Appeal with the Ninth Circuit, appealing this Court's September 22, 2014 Order affirming the Bankruptcy Court's June 5, 2014 Order Granting Motion to Dismiss.

On April 14, 2016, the Ninth Circuit filed its Opinion reversing and remanding this Court's September 22, 2014 Order affirming the Bankruptcy Court's June 5, 2014 Order Granting Motion to Dismiss. On June 2, 2016, the Ninth Circuit issued its Mandate pursuant to Federal Rules of Appellate Procedure 41(a). In light of the Ninth Circuit's decision, this Court reverses the Bankruptcy Court's June 5, 2014 Order Granting Motion to Dismiss and remands this action to the Bankruptcy Court for all further proceedings.

IT IS SO ORDERED.